Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **MATTHEW MEINECKE**,<br><br>Plaintiff,<br><br>vs.<br><br>**CITY OF SEATTLE, WASHINGTON**, **DANIEL NELSON**, individually and in his official capacity as lieutenant for the Seattle Police Department, **ROBERT BROWN**, individually and in his official capacity as lieutenant for the Seattle Police Department, and **SEAN CULBERTSON**, individually and in his official capacity as police officer for the Seattle Police Department,<br><br>Defendants. | Case No. 2:23-cv-00352-BJR<br><br>**ORDER ON PLAINTIFF'S MOTION TO EXTEND DEADLINES AND STAY CASE PENDING APPEAL** |

Order on Plaintiff's Motion to Stay
2:23-cv-00352-BJR

1

Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485

1  Upon the Court's review of the motion and consideration of all matters brought before this
2  Court relative to the motion, Plaintiff's Motion to Extend Deadlines and Stay Case Pending Appeal
3  is hereby GRANTED.

4  Dated this 5th day of April, 2024.

_____
Barbara J. Rothstein
United States District Judge

Presented by:

s/Nathan W. Kellum
Nathan W. Kellum*
TN Bar #13482, MS Bar #8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Telephone: (901) 684-5485
Facsimile:  (901) 684-5499
nkellum@crelaw.org
Attorney for Plaintiff
*Application for leave to appear
*Pro Hac Vice* granted

s/Keith Kemper
Keith Kemper*
WA BAR#19438
ELLIS LI MCKINSTRY
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
(206) 682-0565 – Telephone
(206) 625-1052 - Fax
kkemper@elmlaw.com
Attorney for Plaintiff Matthew Meinecke

Order on Plaintiff's Motion to Stay    2
2:23-cv-00352-BJR

Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485