|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAY 8 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| MATTHEW MEINECKE,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>CITY OF SEATTLE; DANIEL NELSON, Lieutenant, Seattle Police Department; ROBERT BROWN, Lieutenant, Seattle Police Department; SEAN CULBERTSON, Police Officer, Seattle Police Department,<br><br>    Defendants-Appellees. | No.   23-35481<br><br>D.C. No. 2:23-cv-00352-BJR<br>Western District of Washington, Seattle<br><br>ORDER |

Before: McKEOWN, BYBEE, and BRESS, Circuit Judges.

The panel judges have voted unanimously to deny Defendants-Appellees' petition for panel rehearing. Defendants-Appellees' petition for panel rehearing, filed May 3, 2024, is DENIED.