Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **MATTHEW MEINECKE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF SEATTLE, WASHINGTON**, **DANIEL NELSON**, individually and in his official capacity as lieutenant for the Seattle Police Department, **ROBERT BROWN**, individually and in his official capacity as lieutenant for the Seattle Police Department, and **SEAN CULBERTSON**, individually and in his official capacity as police officer for the Seattle Police Department, <br><br> Defendants. | Case No. 2:23-cv-00352-BJR <br><br> **ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Order on Motion for Preliminary Injunction  1
2:23-cv-00352-BJR

Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485

Following the Opinion of the United States Court of Appeals for the Ninth Circuit dated April 19, 2024, reversing the denial of Plaintiff Matthew Meinecke's Motion for Preliminary Injunction and remanding the matter to this Court, and the Mandate of the Ninth Circuit issued on May 16, 2024, this Court hereby grants Plaintiff's Motion for Preliminary Injunction.

The Court preliminary enjoins Defendants, their police officers, and agents from applying or enforcing § 12A.16.010(A)(3) against Plaintiff Matthew Meinecke in public parks, streets, or other traditional public fora based on real or anticipated hostile reaction of an audience, until the conclusion of this litigation.

Dated this 10th day of June 2024.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

Presented by:

s/Nathan W. Kellum
Nathan W. Kellum*
TN Bar #13482, MS Bar #8813
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Telephone: (901) 684-5485
Facsimile:  (901) 684-5499
nkellum@crelaw.org
Attorney for Plaintiff Matthew Meinecke
*Application for leave to appear
*Pro Hac Vice* granted

s/Keith Kemper
 Keith Kemper*
WA BAR#19438

| | |
|---|---|
| 1 | ELLIS LI MCKINSTRY |
| | 1700 Seventh Avenue, Suite 1810 |
| 2 | Seattle, WA 98101 |
| | (206) 682-0565 – Telephone |
| 3 | (206) 625-1052 - Fax |
| | kkemper@elmlaw.com |
| 4 | Attorney for Plaintiff Matthew Meinecke |

1
2
3
4
5

 */s/ Dallas LePierre*
Dallas LePierre, WSBA# 47391
Catherine Riedo, WSBA# 50418
Assistant City Attorneys
E-mail: Dallas.Lepierre@seattle.gov
E-mail: Catherine.Riedo@seattle.gov
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200
*Attorneys for Defendants City of Seattle, Daniel Nelson, Robert Brown, and Sean Culbertson*

Order on Motion for Preliminary Injunction     2
2:23-cv-00352-BJR

Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485