Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **MATTHEW MEINECKE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF SEATTLE, WASHINGTON**, **DANIEL NELSON**, individually and in his official capacity as lieutenant for the Seattle Police Department, **ROBERT BROWN**, individually and in his official capacity as lieutenant for the Seattle Police Department, and **SEAN CULBERTSON**, individually and in his official capacity as police officer for the Seattle Police Department, <br><br> Defendants. | Case No. 2:23-cv-00352-BJR <br><br> **CONSENT ORDER AND JUDGMENT** |

Consent Order
2:23-cv-00352-BJR

First Liberty Institute
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485

Final resolution of this matter and controversy has been settled by and between Plaintiff Matthew Meinecke and Defendants City of Seattle Washington, Daniel Nelson, Robert Brown, and Sean Culbertson and accepted by the Court, as reflected herein.

**IT IS on this 9th day of September 2024, ORDERED AND ADJUDGED AS FOLLOWS:**

1. Defendants, their police officers, and agents are hereby enjoined from applying or enforcing § 12A.16.010(A)(3) against Plaintiff Matthew Meinecke in public parks, streets, or other traditional public fora based on real or anticipated hostile reaction of an audience.

2. The parties will comply with the monetary terms of the agreement reached and memorialized in August 22, 2024 settlement agreement.

3. This Court retains jurisdiction of this case solely to enforce the terms of the Settlement Agreement and this consent order and judgment.

Dated this 9th day of September 2024.

*[signature: Barbara J. Rothstein]*

Barbara J. Rothstein
United States District Judge

Consent Order
2:23-cv-00352-BJR

First Liberty Institute
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485

1  Presented by:

2

3  s/Nathan W. Kellum
   Nathan W. Kellum*
4  TN Bar #13482, MS Bar #8813
   Center for Religious Expression
5  699 Oakleaf Office Lane, Suite 107
   Memphis, TN 38117
6  Telephone: (901) 684-5485
   Facsimile:  (901) 684-5499
7  nkellum@crelaw.org
   Attorney for Plaintiff Matthew Meinecke
8  *Application for leave to appear
9  *Pro Hac Vice* granted

10  s/Keith Kemper
    Keith Kemper*
11  WA BAR#19438
    ELLIS LI MCKINSTRY
12  1700 Seventh Avenue, Suite 1810
    Seattle, WA 98101
13  (206) 682-0565 – Telephone
    (206) 625-1052 - Fax
14  kkemper@elmlaw.com
15  Attorney for Plaintiff Matthew Meinecke

16
    */s/ Dallas LePierre*
17  Dallas LePierre, WSBA# 47391
    Catherine Riedo, WSBA# 50418
18  Assistant City Attorneys
    E-mail: Dallas.Lepierre@seattle.gov
19  E-mail: Catherine.Riedo@seattle.gov
20  Seattle City Attorney's Office
    701 Fifth Avenue, Suite 2050
21  Seattle, WA 98104
    Phone: (206) 684-8200
22  *Attorneys for Defendants City of Seattle, Daniel Nelson,*
    *Robert Brown, and Sean Culbertson*
23

24

25

26

27

28

Consent Order
2:23-cv-00352-BJR

First Liberty Institute
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
(901) 684-5485